**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2024-0083, <u>George Sideris v. Coca-Cola Bottling Company of Northern New England & a.</u>, the court on October 11, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, George Sideris, appeals an order of the Superior Court (<u>Ignatius</u>, J.), issued following a hearing, granting summary judgment in favor of the defendant, Coca-Cola Bottling Company of Northern New England,[1] on his claim for employment discrimination. The plaintiff advances numerous undeveloped arguments challenging the trial court's decision. As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014); <u>see also</u> <u>State v. Blackmer</u>, 149 N.H. 47, 49 (2003) (explaining that issues raised without developed legal argument do not warrant appellate review). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error and affirm the court's decision. <u>See</u> <u>Gallo</u>, 166 N.H. at 740; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**

---

[1] Now known as Coca-Cola Beverages Northeast, Inc.